UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jason Reni Hodge,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 20-02357<br><br>Chapter: 13<br><br>Honorable Donald R. Cassling |

**AGREED ORDER IN SETTLEMENT OF MOTION
TO MODIFY STAY FILED BY TD BANK**

COMES NOW TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank") and Debtor, through their attorneys, in settlement of the Motion for Relief from the Automatic Stay filed by TD Bank, and agree as follows:

1. TD Bank holds a valid secured interest in the following vehicle: 2018 Hyundai Elantra, VIN: 5NPD84LF5JH223656.

2. TD Bank filed a Motion for Relief from the Automatic Stay in reference to the aforementioned vehicle.

3. In settlement of that Motion for Relief from the Automatic Stay, the parties agree that Debtor shall maintain said payments in a timely manner to TD Bank.

4. TD Bank agrees that the automatic stay shall remain in effect.

5. If Debtor becomes delinquent more than sixty (60) days in any payment to TD Bank, TD Bank shall file a Notice of Default and mail a copy to Debtor and e-mail a copy to Debtor's attorney. If the default is not cured by payment within fourteen (14) days from the date of mailing of the Notice of Default, the automatic stay will be lifted upon the filing of a Notice of Termination of Automatic Stay.

6. In the event that Debtor surrenders the aforesaid vehicle, TD Bank shall be entitled to immediate relief from the automatic stay upon the filing of a Notice of Termination of Automatic Stay.

7. In the event that the automatic stay is terminated, TD Bank may proceed to pursue such in rem relief for its collateral to which it may be eligible without further notice or relief from this court, and file an amended proof of claim.

8. The parties agree and acknowledge that the terms of this Agreed Order will not survive the dismissal or closure of the Debtor's bankruptcy proceeding.

IT IS THEREFORE ORDERED THAT the Motion for Relief from the Automatic Stay is denied as settled, that the automatic stay shall remain in effect as to the vehicle described above, that Debtor shall provide TD Bank with adequate protection according to the foregoing terms. In the event that Debtor fails to provide TD Bank with adequate protection on such terms, the automatic stay shall terminate as described above.

Enter:

*Donald R. Cassling*

Dated: **September 27, 2023**

United States Bankruptcy Judge

**Prepared by:**

/s/ Kathryn A. Klein
Kathryn A. Klein, #06199235
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com
Attorneys for TD Bank

/s/ Kyle T. Dallmann
Kyle T. Dallmann
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603
312-332-1800
Fax : 877-247-1960
KYE@geracilaw.com
Attorney for Debtor